IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG RICHARD,<br><br>                          Plaintiff,<br><br>v.<br><br>ISABEL M. HOLTROP, et al.,<br><br>                          Defendants. | Case No. 2:15-cv-05632-PA-E<br><br>[~~PROPOSED~~] ORDER |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action.

**IT IS SO ORDERED.**

Dated: September 18, 2017

_____
The Honorable Percy Anderson
United States District Judge

1

# CERTIFICATE OF SERVICE

Case Name: **Richard, Craig v. Isabel M. Holtrop, et al.**  No. **2:15-cv-05632-PA-E**

I hereby certify that on September 14, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 14, 2017, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Craig Richard
CDCR #J-36916
California Medical Facility
L3-330
P.O. Box 2000
Vacaville, CA 95696-2000

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 14, 2017, at Los Angeles, California.

| R. Macias | /s/ R. Macias |
|---|---|
| Declarant | Signature |

LA2016600271
62531277.doc